UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT LOUIS SPINKS and JESSICA WILLIAMS | CIVIL ACTION |
| VERSUS | NO: 22-1261 |
| THE UNITED STATES OF AMERICA | SECTION: "A" (5) |

## ORDER AND REASONS

The following motion is before the Court: **Motion in Limine (Rec. Doc. 19)** filed by the defendant, the United States of America. The motion is opposed. The motion, filed on September 5, 2023, is before the Court on the briefs without oral argument. During the pretrial conference on September 14, 2023, the Court extended the time for Plaintiff to oppose the motion until Tuesday, September 19. Plaintiff timely filed a memorandum in opposition in accordance with the amended deadline.

Following review of the memorandum in opposition, the Court is not convinced that the assignment agreements and their associated claim forms satisfy evidentiary rules. The evidence sought to be admitted does not contain itemized charges from the original providers. Rather, the agreements and claim forms simply provide lump sum charges from the medical providers to a third-party financing company. As discussed at the pretrial conference, these records fail to satisfy the best evidence rule, which requires that the original certified medical providers' bills be produced to prove damages. Because these claim forms fail to satisfy the best evidence rule, the assignment agreements and associated claim forms are inadmissible.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion in Limine (Rec. Doc. 19)** filed by the defendant, the United States of America, is **GRANTED** as explained above.

September 25, 2023

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE